

**DAVIDOFF HUTCHER & CITRON LLP**

ATTORNEYS AT LAW

605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

FIRM OFFICES

WHITE PLAINS
ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605
(914) 381-7400

PALM BEACH
ATTORNEYS AT LAW
250 ROYAL PALM WAY
SUITE 202
PALM BEACH, FL 33480
(561) 567-8488

FIRM OFFICES

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

WRITER'S DIRECT: (646) 428-3235
E-MAIL: aak@dhclegal.com

September 26, 2025

<u>Via ECF</u>

Hon. Andrew J. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re**: *Berrezueta v. Camp 1382 LLC, et al.;* 25-cv-06131 (ALC)

Dear Judge Carter:

      We represent the Defendants in the above-referenced action. In response to Plaintiffs' Notice of Voluntary Dismissal and their counsel's request for the Notice to be "So-Ordered", we write to request that prior to doing so, Your Honor issue a ruling granting Defendants' Motion to Compel Arbitration and awarding Defendants' costs and fees as requested in the Motion.

      Costs and fees are particularly appropriate here, as substantial time and money was spent preparing and filing this Motion which - without a doubt – should not have been necessary in light of the extensive and comprehensive evidence of a binding arbitration agreement provided by the undersigned to Plaintiffs' counsel prior to filing the Motion.

      We appreciate the Court's attention to this matter.

                                     Sincerely,

                              /s/ *Andreas Koutsoudakis*
                              Andreas Koutsoudakis, Esq.