UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN GABRIEL BERREZUETA, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>CAMP 1382 LLC d/b/a CAMPAGNOLA RESTAURANT, CURT HUEGEL, and PATRICIO TELLO,<br><br>Defendants. | Civil Case No.: 25-cv-06131 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Having so-ordered Plaintiff's notice of voluntary dismissal without prejudice (filed contemporaneously with this order), the Court now addresses Defendants' request for an award of fees and costs in this action.

Notwithstanding the dismissal of this action, the Court **ORDERS** that Defendants file their motion for fees and costs on **October 1, 2025**. The Court **ORDERS** that Plaintiff file his opposition on **October 6, 2025.**

**SO ORDERED.**

**Dated:  September 26, 2025**
         **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**