**DAVIDOFF HUTCHER & CITRON LLP**
605 THIRD AVENUE
NEW YORK, N.Y. 10158

(212) 557-7200
FAX (212) 286-1884

FEDERAL I.D. NO.
13 3138680

```
                                                                    Page:   1
 Curt Huegel                                                October 01, 2025
 jburgos@hostrestaurants.com                             File No.  12277-053M
                                                         Statement No. 377568

    Berrezueta - Campagnola Wage and Hour

                                                              Hours
 08/06/2025 BN
                                                              0.50      387.50

            BN
                                                              0.25      193.75

 08/07/2025 BN
                                                              0.25      193.75

 08/08/2025 MEM

                                                              0.25       81.25

 08/11/2025 AAK




                                                              1.50    1,237.50

            MEM




                                                              0.50      162.50

 08/12/2025 BN                                                0.25      193.75

            AAK
```

```
                                                                    Page: 2
Curt Huegel                                                October 01, 2025
                                                     File No. 12277-053M
                                                  Statement No.      377568
   Berrezueta - Campagnola Wage and Hour
```

|  |  | Hours |  |
|---|---|---|---|
|  |  | 0.75 | 618.75 |
| | AAK | | |
|  |  | 0.25 | 206.25 |
| | MEM | | |
|  |  | 0.25 | 0.00 |
| 08/15/2025 | MEM | | |
|  |  | 0.25 | 81.25 |
| | MEM | | |
|  |  | 0.25 | 81.25 |
| | MEM | | |
|  |  | 0.25 | 0.00 |
| | MEM | | |
|  |  | 0.25 | 81.25 |
| 08/18/2025 | AAK | | |
|  |  | 0.75 | 618.75 |
| 08/19/2025 | AAK | | |

```
                                                                    Page: 3
   Curt Huegel                                            October 01, 2025
                                                       File No. 12277-053M
                                                    Statement No.   377568
       Berrezueta - Campagnola Wage and Hour

                                                          Hours

                                                           0.50     412.50
               MEM
                                                           0.75     243.75
   08/20/2025 AAK
                                                           0.25     206.25
   08/21/2025 AAK

                                                           0.50     412.50
               MEM
                                                           0.25      81.25
               MEM
                                                           0.25       0.00
   08/22/2025 AAK

                                                           0.75     618.75
               AAK

                                                           1.00     825.00
```

```
                                                                    Page: 4
Curt Huegel                                                October 01, 2025
                                                       File No. 12277-053M
                                                  Statement No.     377568
     Berrezueta - Campagnola Wage and Hour

                                                              Hours
            AAK

                                                               0.50     412.50

08/27/2025 AAK



                                                               1.00     825.00
            NMV
                                                               1.75     656.25
            MEM

                                                               0.50       0.00
            MEM
                                                               0.25       0.00
            MEM



                                                               0.50     162.50
            MEM
                                                               0.50     162.50
            MEM
                                                               0.25      81.25
08/29/2025 MEM
```

```
                                                                      Page: 5
Curt Huegel                                                  October 01, 2025
                                                         File No. 12277-053M
                                                      Statement No.   377568
     Berrezueta - Campagnola Wage and Hour

                                                             Hours
                                                              0.50        0.00
            MEM

                                                              0.25       81.25
09/01/2025  MEM




                                                              0.25       81.25
09/02/2025  MEM


                                                              0.25        0.00
            MEM

                                                              0.25       81.25
            JDT


                                                              1.25      843.75
            AAK



                                                              1.50    1,237.50
09/03/2025  NMV


                                                              2.00      750.00
            AAK
```

```
                                                                      Page: 6
   Curt Huegel                                                October 01, 2025
                                                        File No. 12277-053M
                                                     Statement No.     377568

        Berrezueta - Campagnola Wage and Hour


                                                                    Hours




                                                                 1.00     825.00

 09/04/2025 NMV
                                                                 1.25     468.75

            JDT



                                                                 1.50   1,012.50

            AAK
                                                                 1.25   1,031.25

 09/05/2025 MEM

                                                                 0.25       0.00

            MEM
                                                                 0.25      81.25

            JDT




                                                                 2.00   1,350.00

            AAK
                                                                 0.75     618.75

            AAK
```

```
                                                                    Page: 7
Curt Huegel                                                October 01, 2025
                                                       File No. 12277-053M
                                                    Statement No.    377568
Berrezueta - Campagnola Wage and Hour

                                                         Hours
                                                          2.25    1,856.25
            AAK

                                                          0.75      618.75
09/08/2025  MEM


                                                          0.25       81.25
            MEM
                                                          0.25        0.00
            AAK


                                                          0.25      206.25
            AAK



                                                          0.75      618.75
09/09/2025  MEM


                                                          0.25        0.00
            MEM


                                                          0.25       81.25
            AAK
```

```
                                                                    Page: 8
   Curt Huegel                                             October 01, 2025
                                                       File No. 12277-053M
                                                    Statement No.   377568
   Berrezueta - Campagnola Wage and Hour

                                                           Hours
                                                            0.25      206.25

09/10/2025 MEM


                                                            0.25        0.00

09/15/2025 MEM




                                                            0.25       81.25

           AAK


                                                            0.75      618.75

           AAK


                                                            0.25      206.25

09/16/2025 MEM


                                                            0.25        0.00

09/18/2025 MEM


                                                            0.25        0.00

           AAK


                                                            0.75      618.75
```

```
                                                                    Page: 9
Curt Huegel                                                October 01, 2025
                                                       File No. 12277-053M
                                                    Statement No.   377568

Berrezueta - Campagnola Wage and Hour

                                                                      Hours
           AAK












                                                          1.25   1,031.25
           AAK






                                                          0.75     618.75
           AAK






                                                          0.50     412.50
09/19/2025 MEM



                                                          0.25       0.00

           MEM








                                                          0.25      81.25
09/26/2025 MEM




                                                          0.25      81.25
           MEM
```

```
                                                                Page: 10
Curt Huegel                                            October 01, 2025
                                                    File No. 12277-053M
                                                 Statement No.   377568
Berrezueta - Campagnola Wage and Hour
```

| | | Hours | |
|---|---|---:|---:|
| | | 0.25 | 0.00 |
| MEM | | | |
| | | 0.25 | 81.25 |
| MEM | | | |
| | | 0.25 | 81.25 |
| MEM | | | |
| | | 0.25 | 0.00 |
| AAK | | | |
| | | 1.50 | 1,237.50 |
| AAK | | | |
| | | 0.25 | 206.25 |
| 09/29/2025 MEM | | | |

```
                                                                   Page: 11
Curt Huegel                                                October 01, 2025
                                                       File No. 12277-053M
                                                     Statement No.   377568
     Berrezueta - Campagnola Wage and Hour

                                                              Hours

                                                               0.25     81.25

             MEM

                                                               0.25      0.00

             JDT

                                                               1.25    843.75

             JDT



                                                               2.25  1,518.75

             JDT

                                                               1.50  1,012.50

             AAK


                                                               1.25  1,031.25

09/30/2025   JDT
                                                               2.25  1,518.75

             AAK

                                                               1.25  1,031.25

10/01/2025   MEM

                                                               0.25     81.25

             JDT

                                                               1.00    675.00

             JDT
```

```
                                                              Page: 12
Curt Huegel                                           October 01, 2025
                                                    File No. 12277-053M
                                                Statement No.    377568

Berrezueta - Campagnola Wage and Hour
```



```
                                                              Hours
                                                        1.75  1,181.25
         TOTAL CURRENT FEES                            57.75 35,700.00
```

                          Billing Summary

| Name | Title | Hours | Hourly Rate | Total |
|---|---|---:|---:|---:|
| Benjamin Noren | Partner | 1.25 | $775.00 | $968.75 |
| Andreas Koutsoudakis | Partner | 25.00 | 825.00 | 20,625.00 |
| Joseph Taylor | Senior Counsel | 14.75 | 675.00 | 9,956.25 |
| Melissa Mjeshtri | Paralegal | 4.75 | 0.00 | 0.00 |
| Melissa Mjeshtri | Paralegal | 7.00 | 325.00 | 2,275.00 |
| Nicole M. Valasiadis | Law Clerk | 5.00 | 375.00 | 1,875.00 |

```
         TOTAL CURRENT FEES AND DISBURSEMENTS               35,700.00


         BALANCE DUE                                       $35,700.00
```

*Bank ACH/Wire Payment Information:*
*Peapack Private Bank & Trust*
*ABA/Routing No.:  021205237*
*Account No.:  800159458*
*All Major Credit Cards Accepted (+3% Convenience Fee)*
*/Apple Pay/Google Pay/PayPal/Venmo/Pay Later:*
*https://paymnt.io/bc183m*

## DAVIDOFF HUTCHER & CITRON LLP
605 THIRD AVENUE
NEW YORK, N.Y. 10158

(212) 557-7200
FAX (212) 286-1884

FEDERAL I.D. NO.
13 3138680

```
Previous Balanc        Fees       Disburs.      Advances      Payments       Balance

   12277-053 Berrezueta - Campagnola Wage and Hour
        0.00        35,700.00        0.00          0.00         0.00       $35,700.00
```

Bank ACH/Wire Payment Information:
Peapack Private Bank & Trust
ABA/Routing No.:  021205237
Account No.:  800159458
All Major Credit Cards Accepted (+3% Convenience Fee)
/Apple Pay/Google Pay/PayPal/Venmo/Pay Later:
https://paymnt.io/bc183m

---

Please Detach and Return This Portion With Your Remittance

Please Charge $_____ on the following:

☐ Visa   ☐ MasterCard   ☐ Discover   ☐ American Express

Card Number | Exp. Date (required)
Print Name
CVV _____
Billing Address
Signature / Date

Amount Remitted: _____
Check No.: _____
Statement Date: 10/01/2025
Statement No.: 377568
Account No.: 12277.053