UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

**BERREZUETA,**

                **Plaintiff,**

    -against-                      1:25cv-06131-ALC

**CAMP 1382 LLC,**                    <u>ORDER</u>

                **Defendants.**

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On October 20, 2025, Plaintiff filed a letter motion (ECF Nos. 29, 30) requesting to reinstate this case in order to file an opposition to Defendant's Motion to Compel Arbitration (ECF No. 12), rather than an opposition to Defendant's Motion for Attorneys' Fees (ECF No.25).

The Court will conduct a telephone status conference in this action on October 29, 2025 at 12 pm. Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated:**   October 28, 2025

        New York, New York                     **ANDREW L. CARTER, JR.**
                                                                 **United States District Judge**