UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN GABRIEL BERREZUETA, on behalf of himself and others similarly situated

Plaintiff,

v.

CAMP 1382 LLC d/b/a CAMPAGNOLA RESTAURANT, CURT HUEGEL, and PATRICIO TELLO,

Defendant.

25 Civ. 06131 (ALC)

**JUDGMENT**

WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendant CAMP 1382 LLC d/b/a Campagnola Restaurant's ("Defendant") having offered to allow judgment to be entered against it and in favor of Plaintiffs Christian Gabriel Berrezueta, Luis Calle, Robert Bernal Salek, Freddy Vasquez and Feliciano Ocampo ("Plaintiffs"); and

WHEREAS the offer of judgment encompasses all of Plaintiffs' Causes of Action brought under the Fair Labor Standards Act ("FLSA") as contained in the Complaint, based upon facts existing as of the date of acceptance of the offer; and

WHEREAS all the terms of the offer of judgment are hereby incorporated into this Judgment; and

WHEREAS Plaintiffs have confirmed acceptance of Defendant's offer of judgment; it is hereby,

ORDERED, ADJUDGED, AND DECREED that judgment in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00) against Defendant CAMP 1382 LLC d/b/a Campagnola Restaurant and in favor of Plaintiffs Christian Gabriel Berrezueta, Luis Calle, Robert Bernal Salek, Freddy Vasquez and Feliciano Ocampo shall be entered encompassing all of Plaintiffs' FLSA Causes of Action contained in the Complaint in this Action.

Dated: New York, New York
August 24, 2026

Andrew L. Carter Jr.

_______________________________
Hon. Andrew L. Carter, U.S.D.J.